123 P.3d 1253

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Sheehan v. Grove Farm Co., Inc. | 25811, 26030 | 10/19/2005 Granted | —— Hawai'i ——, —— P.3d —— |
| Village Park Community Ass'n v. Nishimura | 26061 | 10/21/2005 Granted | 108 Hawai'i 487, 122 P.3d 267 |